**Christopher R. GUMMERE and Koreen L. Gummere, Appellants,**

v.

**Steven D. GRAY, Delores Gray, Lagrasso Trust, Mary Weindel, Rivercity Realty, Inc., Patricia Blazevich and Davis Properties West, Inc. d/b/a Re/Max Properties West, et al., Respondents.**

No. ED 80810.

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 7, 2003.

Application for Transfer to Supreme
Court Denied Feb. 20, 2003.

Application for Transfer Denied
April 1, 2003.

Ira M. Berkowitz, St. Louis, MO, for appellant.

Judith W. Freiberg, St. Louis, MO, Randall D. Sherman, co-counsel, Hillsboro, for Gray.

Jess W. Ullom, Timothy W. Jones, Chesterfield, MO, for Patricia Blazevich & Davis Properties West d/b/a Remax Properties West.

Alan J. Baker, St. Louis, MO, for Mary Weindel & River City Realty, Inc.

Stephen H. Gilmore, St. Louis, MO, for respondent.

Before MARY R. RUSSELL, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE G. CRAHAN, J.

*ORDER*

PER CURIAM.

Christopher R. Gummere and Koreen L. Gummere (collectively "Plaintiffs") appeal the trial court's judgment sustaining a motion for contempt and/or sanctions filed by Steven D. Gray, Delores Gray, Lagrasso Trust, Mary Weindel, Rivercity Realty, Inc., Patricia Blazevich and Davis Properties West, Inc. d/b/a Re/Max Properties West and dismissing Plaintiffs' third amended petition with prejudice. We find no error and affirm.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, which sets forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).